GILBERT *et al.,* tax-assessors, *v.* ASSOCIATED MORTGAGE COMPANIES
*et vice versa.*

PRATT, Judge: The question certified by the Court of Appeals in this case
is in substance the same as that certified in *Allied Mortgage Companies
Inc.* v. *Gilbert* (13139), ante, 756; and under the ruling there made it is
*Answered in the negative. Reid, C. J., Atkinson, P. J., and Bell, Jenkins;
and Grice, JJ., concur.*

No. 13140.   MARCH 13, 1940.

*Spalding, Sibley, Troutman & Brock, W. S. Northcutt, E. Har-
old Sheats,* and *Standish Thompson,* for plaintiffs.

*Hirsch & Smith, Welborn B. Cody,* and *Louis Regenstein Jr.,* for
defendants.